NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECHNOLOGIES HOLDINGS CORP.,**
*Appellant,*

**v.**

**ABATEMENT TECHNOLOGIES, INC.,**
*Appellee.*

---

2013-1661

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/001,362.

---

**JUDGMENT**

---

AARON T. OLEJNICZAK, Andrus, Sceales, Starke & Sawall, LLP, of Milwaukee, Wisconsin, argued for appellant. With him on the brief was GEORGE H. SOLVESON.

D. CLAY HOLLOWAY, Kilpatrick Townsend & Stockton LLP, of Atlanta, Georgia, argued for appellee. With him on the brief were DEAN W. RUSSELL and RENAE BAILEY WAINWRIGHT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


   PER CURIAM (LOURIE, CLEVENGER, and REYNA, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


   May 12, 2014                  /s/  Daniel  E.  O'Toole
       Date                     Daniel E. O'Toole
                                Clerk of Court